FILED by _____ D.C.

APR 07 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

To:       United States District Judge

From:   Yesenia Pouparina_____ (Pro Se Party)

Date:    4-7-16

Case #: 12-20570-C.R. Martinez

Subject: PRO SE CASE – REQUEST FOR VOLUNTEER COUNSEL

---

I am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 USC §1915(d) or am otherwise unable to afford a lawyer. Under that section, "The Court may request an attorney to represent any such person unable to employ counsel and may dismiss the case if the allegation of poverty is untrue, or if satisfied that the action is frivolous or malicious." *Id*.

In making this request, I understand that in *Dean v. Barber*, 951 F.2d 1210 (11th Cir. 1992), the Court held that a district court has discretion to grant a civil litigant's request for the appointment of counsel since a civil litigant does not have an absolute constitutional right to the appointment of counsel. The Court further noted that the appointment of counsel is warranted only where there are exceptional circumstances, such as where the legal and factual issues are so complicated as to require the assistance of a lawyer.

I request volunteer counsel in this case. If appointed, I will cooperate with that counsel in the preparation and presentation of my case.

(305) 807-3153
1221 Obispo Avenue
Coral Gables Fl 33134

_____
Signature Pro Se Party

This request for volunteer counsel is referred for listing on the Court's website of available *pro bono* cases seeking volunteer lawyers. The attached description of the case and contact information for contacting my chambers should be posted to that website. If representation is accepted, the volunteer attorney will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

_____          _____
DATE                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE
MIAMI FLORIDA 33128
10th Floor


Honorable Judge Jose E. Martinez

RE: Case# 12-20570-CR- Martinez
Request for Public Defense

April 5, 2016

Dear Honorable Judge Martinez,

I Yesenia Pouparina was just released from the BOP to supervised release on March 16, 2016. I am in need for legal assistance (representation) in regards to my supervised release. I am asking you to please assign me if possible public legal representation. I am not employed and I have no means to be able to hire an attorney.

Thank you

Yesenia Pouparina
1221 OBISPO AVENUE
CORAL GABLES FL 33134
305-807-3153