PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 112944

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 12-20570-CR-MARTINEZ

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Yesenia Pouparina

Name of Sentencing Judicial Officer:   The Honorable Richard W. Goldberg United States District Judge, Miami, Florida.

Reassigned March 17, 2015: The Honorable Jose E. Martinez United States District Judge, Miami, Florida

Date of Original Sentence:  August 22, 2013

Original Offense:       Counts 1-4: Wire Fraud, in violation of 18 U.S.C. § 1343, a Class C felony
                        Count 5: Mail Fraud, in violation of 18 U.S.C. § 1341, a Class C felony

Original Sentence:      Forty-six (46) months custody Federal Bureau of Prisons, followed by three (3) years supervised release. Special conditions include: The defendant shall: 1) Provide complete access to financial information; 2) Participate in an approved inpatient/outpatient mental health treatment program; 3) Not apply for, solicit or incur any further debt; 4) Participate or be employed in any related concern during the period of supervision; 5) Obtain prior written approval from Court for self-employment and 6) Participation in approved treatment program for drug and/or alcohol abuse.

Type of Supervision: Supervised Release     Date Supervision Commenced: March 16, 2016

## PETITIONING THE COURT

☐     To extend the term of supervision for        _____   years, for a total term of     _____   years.
☒     To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $500.00 per month, until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendants' ability to pay.**

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No.  112944

## CAUSE

Ms. Pouparina began her term of supervision in the Southern District of Florida on March 16, 2016.  In June 2016 she began making restitution payments that were 10% of her monthly gross income. She was receiving $2,700.00 in support from her former spouse, and made no income from work.

In March of 2017 Ms. Pouparina was able to secure regular employment at a dermatology office. A financial assessment was completed in June 2017 to reevaluate her appropriate restitution payment amount due to the change her in earning status. Based on calculations of allowable monthly IRS deductions and essential needs, it was determined that Ms. Pouparina would be capable of paying $500.00 monthly in restitution.

On July 11, 2017 Ms. Pouparina reported to the probation office and signed the *Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision* agreeing to the new payment schedule and the modification to her conditions of supervision.

## RECOMMENDATION:

It is respectfully recommended to the Court that Ms. Pouparina's conditions of supervised release be modified to include that she shall pay restitution at the rate of $500.00 per month, until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendants' ability to pay.

Respectfully submitted,

by:  *Kevin Joseph Leonard*   Kevin J. Leonard
                              Jul 11 2017 2:00 PM

Kevin Leonard
United States Probation Officer
Office:  (305) 523-5306
Cellular:  (305) 812-7662
Date:  July 11, 2017

THE COURT ORDERS:

☐  No Action
☑  The Modification of Conditions as Noted Above
☐  Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

7/12/17
Date