UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 12-20570-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YESENIA POUPARINA,

    Defendant.

_____/

## ORDER DENYING PRO SE MOTION TO TERMINATE SUPERVISED RELEASE AFTER COMPLETION OF ONE-YEAR OF SUPERVISION PURSUANT TO TITLE 18 U.S.C. § 3583(e)(1)

THIS MATTER came before the Court upon Defendant's pro se Motion to Terminate Supervised Release After Completion of One-Year of Supervision Pursuant to Title 18 U.S.C. §3583(e)(1) [ECF No.191]. The Court has carefully considered the request, the pertinent portions of the record, and has been fully advised in the premises. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that the Pro Se Motion to Terminate Supervised Release After Completion of One-Year of Supervision Pursuant to Title 18 U.S.C. § 3583(e)(1) [ECF No. 191] is **DENIED**. Mere compliance with the conditions of supervised release alone does not justify early termination.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day, of July, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
U.S. Probation Office
Yesenia Pouparina, pro se